AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Travon Jamall Williams, et al.<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) | **UNDER SEAL**<br>Case No.<br>1:17-mj-388 |

**FILED AUG 2 2 2017 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 20, 2015 to August 20, 2017** in the county of **Fairfax and elswhere** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1349 | Conspiracy to commit bank fraud and wire fraud |

This criminal complaint is based on these facts:
See Affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_
Patrick J. May, SA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 22 Aug 17

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge