

# CERTIFICATE
## of PARTICIPATION

*This certifies that*

### RODRIGUEZ   NORMAN

*Has successfully completed the first six sessions of*

**LIFE SKILLS CLASS**

*October 9 to November 27, 2017*
*Alexandria, Virginia*

November 27, 2017
**DATE**

Anne L'Heureux / Anne Rensberger
**LIFE SKILLS COACH**